IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VALERIE GRIFFIN                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:20-CV-13-SA-JMV

CLEVELAND STATE BANK                                                   DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On September 25, 2020, Magistrate Judge Virden entered a Report and Recommendation [26] in this cause. In doing so, Magistrate Judge Virden specifically set forth the facts of this case, including the Plaintiff's failure to participate in discovery and her failure to comply with various Orders of the Court. Magistrate Judge Virden ultimately recommended that "this case be dismissed for failure to prosecute and comply." [26]. Despite being advised of her ability to file an Objection to the Report and Recommendation within fourteen (14) days, the Plaintiff has not filed any such Objection, and her time to do so has now passed.

Where no objections to a Report and Recommendation are filed, the Court "need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and finds it to be well-reasoned and that there is no plain error.

The Court ADOPTS IN FULL the Report and Recommendation [26]. The Plaintiff's claims are hereby dismissed *with prejudice* for failure to prosecute. This CASE is CLOSED.

SO ORDERED, this the 20th day of October, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE